UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 23-CR-133 JMF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LARS WINKELBAUER, et al.,

    Defendants.
_____/

### ORDER GRANTING MOTION FOR AN EXTENSION OF TIME FOR BOND CONDITIONS

THIS CAUSE came before the Court upon Defendant, Alvaro Lopez's Unopposed Letter Motion for an Extension of Time to Secure the $100,000 Cash or Property Condition of his Bond. The Court having considered the record, being advised that the Government does not object, and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED as follows:

Defendant, Alvaro Lopez shall have up through and including June 15, 2023 to Secure the $100,000 Cash or Property Condition of his Bond.

DONE AND ORDERED in New York, New York this __30th__ day of May, 2023.

The Clerk of Court is directed to terminate Doc. #75. SO ORDERED.

_____
JESSE M. FURMAN
United States District Judge