UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 23-CR-133 JMF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LARS WINKELBAUER, et al.,

    Defendants.
_____/

## ORDER CLARIFYING $100,000 SECURITY OF PROPERTY FOR BOND CONDITION

THIS CAUSE came before the Court upon Defendant, Alvaro Lopez's Unopposed Letter Motion for Clarification of One of the Bond Conditions to Secure the $100,000 Cash or Property. The Court having considered the record, being advised that the Government does not object, and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED as follows:

The Condition of $100,000 Security Cash or Property shall by Secured by Defendant, Alvaro Lopez through a Confession of Judgment in the Loudoun County, Virginia Circuit Court for $100,000 of the equity of his shared home with Fabiola Cino. The address of the home is 42692 Latrobe Street, Chantilly, Virginia 20152. Legal Description, Section, Block, and Lot: SOUTH RIDING SEC.58 L.34 200808200050569.

IMPORTANT NOTICE

THIS INSTRUMENT CONTAINS A CONFESSION OF JUDGMENT PROVISION WHICH CONSTITUTES A WAIVER OF IMPORTANT RIGHTS YOU MAY HAVE AS A DEBTOR

AND ALLOWS THE CREDITOR TO OBTAIN A JUDGMENT AGAINST YOU WITHOUT ANY FURTHER NOTICE.

DONE AND ORDERED in New York, New York this ___13th___ day of ~~May~~ June, 2023.

The Clerk of Court is directed to terminate Doc. #84.

_____
JESSE M. FURMAN
United States District Judge