# COFFEY | BURLINGTON
### ATTORNEYS AT LAW

**FERNANDO TAMAYO**
ftamayo@coffeyburlington.com

July 18, 2023

2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
T.305·858·2900  F.305·858·5261
www.coffeyburlington.com

<u>VIA CM/ECF</u>

Honorable Jesse M. Furman, District Judge
United States District Court, Southern District of New York
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *USA v. Winkelbauer, et al.*, USDC, Southern District of New York
               Case No. 23-cr-133-JMF

Dear Judge Furman:

    We represent Alvaro Lopez in the above-referenced matter. Please take notice that, July 10, 2023 this Honorable Court approved via Order Granting Letter Motion to Release Bond [DE98] the release of the Cash Bond in the amount of $25,000 for Defendant Alvaro Lopez. The Finance Office has requested we obtain an additional information specifically stating to whom the funds are to be released as indicated below.

    The Clerk of the United States District Court for the Southern District of New York is instructed to release the Cash Bond of the Defendant, Alvaro Lopez to Alvaro Lopez via direct deposit. The Request for Payee Information and Tin Certification Form AO213P has been submitted to the Clerk of the Court under separate cover via electronic mail in order to complete the transfer.

    We have conferred with the AUSAs Reilly and Kudla, who are copied here and have confirmed that the Government has no objection to this request.

                                     Respectfully submitted,

                                     */s/ Fernando L. Tamayo*

                                   Fernando L. Tamayo

FT/lm

Application GRANTED. The Clerk of Court is directed to terminate Doc. #102. SO ORDERED.

*[Signature]*

July 18, 2023