UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALVARO LOPEZ,<br><br>                    *Defendant.* | **[PROPOSED]**<br>**ORDER**<br><br>S3 23 Cr. 133 (JMF) |

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on November 7, 2023;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: New York, New York
           November 13, 2023

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

The sentencing control date is hereby CHANGED to November 8, 2024, at 3 p.m.

The Government shall provide a factual description of the offenses to Probation within one week of a Presentence Investigation Report ("PSR") being ordered, and defense counsel shall arrange for Defendant to be interviewed by Probation within two weeks of a PSR being ordered. Given the nature of Defendant's plea, the Government shall file its sentencing submission at least two weeks prior to sentencing, and Defendant shall file her sentencing submission at least one week prior to sentencing.

The Clerk of Court is directed to terminate ECF No. 152.