# COFFEY | BURLINGTON
## ATTORNEYS AT LAW

**FERNANDO TAMAYO**
ftamayo@coffeyburlington.com

2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
T.305·858·2900  F.305·858·5261
www.coffeyburlington.com

March 7, 2024

**VIA CM/ECF**

Honorable Jesse M. Furman, District Judge
United States District Court, Southern District of New York
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, NY 10007

*Application GRANTED. The Clerk of Court is directed to terminate Doc. #218. SO ORDERED.*

*[signature]*

*March 7, 2024*

Re: *USA v. Alvaro Lopez, et al.*, USDC, Southern District of New York
Case No. 23-cr-133-JMF

Dear Judge Furman:

We represent Alvaro Lopez in the above-referenced matter. We write to request a modification of Mr. Lopez' bond conditions to include travel to Boston, Massachusetts from March 10-12, 2024 for Business to attend the Seafood Expo North America.

Mr. Lopez' travel currently is restricted to the Southern Districts of Florida and New York. Accordingly, we respectfully request that Mr. Lopez's bond be modified to add Massachusetts to the list of locations in which Mr. Lopez is permitted to travel.

We have conferred with AUSA Reilly and Pre-Trial Services, who are copied here, and they have confirmed that they have no objection to this request. We will provide both AUSA Reilly and her team, as well as Pre-Trial Services, with Mr. Lopez's travel itinerary, the addresses where he will be staying in Boston, Massachusetts and any other trip information that is requested.

Respectfully submitted,

*/s/ Fernando L. Tamayo*

Fernando L. Tamayo

FT/lm