# COFFEY | BURLINGTON
## ATTORNEYS AT LAW

**FERNANDO TAMAYO**
ftamayo@coffeyburlington.com

2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
T.305·858·2900  F.305·858·5261
www.coffeyburlington.com

October 3, 2024

*Application GRANTED. The Clerk of Court is directed to terminate Doc. #374. SO ORDERED.*

*October 7, 2024*

**VIA CM/ECF**

Honorable Jesse M. Furman, District Judge
United States District Court, Southern District of New York
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *USA v. Alvaro Lopez, et al.*, USDC, Southern District of New York
     Case No. 23-cr-133-JMF

Dear Judge Furman:

  We represent Alvaro Lopez in the above-referenced matter. We write to request a modification of Mr. Lopez' bond conditions to include travel to Atlanta, Georgia from October 14, 2024 through October 19, 2024 for a trade show, returning to Miami on October 19, 2024.

  Mr. Lopez' travel currently is restricted to the Southern Districts of Florida and New York. Accordingly, we respectfully request that Mr. Lopez's bond be modified to add Georgia to the list of locations in which Mr. Lopez is permitted to travel.

  We have conferred with AUSA Reilly and U.S. Pre-Trial Services, who are copied here, and they have confirmed that they have no objection to this request. We will provide both AUSA Reilly and her team, as well as U.S. Pre-Trial Services, with Mr. Lopez's travel itinerary, the address where he will be staying in Atlanta, Georgia and any other trip information that is requested.

          Respectfully submitted,

          */s/ Fernando L. Tamayo*

          Fernando L. Tamayo

FT/lm

cc: U.S. Attorney's Office
   U.S. Pretrial Services