**VedderPrice**

Chicago
New York
Washington, DC
London
San Francisco
Los Angeles
Singapore
Dallas
Miami
vedderprice.com

Fernando L. Tamayo
Shareholder
+1 (786) 741 3260
ftamayo@vedderprice.com

March 13, 2025

*Application GRANTED. The Clerk of Court is directed to terminate Doc. #483.*

*SO ORDERED.*

*March 14, 2025*

**VIA CM/ECF**

Honorable Jesse M. Furman, District Judge
United States District Court, Southern District of New York
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *USA v. Alvaro Lopez, et al.*, **USDC, Southern District of New York**
       **Case No. 23-cr-133-JMF**

Dear Judge Furman:

We represent Alvaro Lopez ("Mr. Lopez") in the above-referenced matter. This Letter Motion is made to request Court authorization for limited travel. As the Court is aware, Mr. Lopez's travel is currently restricted to the Southern Districts of Florida and New York. However, by way of this Letter Motion, Mr. Lopez requests that the Court authorize Mr. Lopez's travel to Boston, Massachusetts from March 16, 2025 to March 18, 2025 to attend a business convention, the details of which can be accessed at the following link:

https://www.seafoodexpo.com/north-america/

Our office has attempted to confer with both the Government and Pre-Trial Services with regard to the requested authorization. The Government has no objection and, as of the time of this writing, our office has not been informed of any objection to the requested travel by Pre-Trial Services, who has not objected to any prior request by Mr. Lopez for travel. We will provide Pre-Trial Services with Mr. Lopez's travel itinerary, the address of where he will stay in Boston, Massachusetts, and any other trip information that is requested.

Respectfully submitted,

*/s/ Fernando L. Tamayo*

Fernando L. Tamayo

**FT**/gsd