```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA                                         :
                                                                 :
           -v-                                                   :    23-CR-133 (JMF)
                                                                 :
ALVARO LOPEZ and FABIOLA CINO,                                   :    SCHEDULING ORDER
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

The undersigned will be out of the District on August 7, 2025. Accordingly, it is hereby ORDERED that the sentencings of Defendants Alvaro Lopez and Fabiolo Cino, presently scheduled for that date are RESCHEDULED to **August 19, 2025**. Lopez's sentencing will begin at **10:30 a.m.** and Cino's will begin at **11:15 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

The parties should consult the Court's Individual Rules and Practices for Criminal Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman) for sentencing-related procedures and practices. Given the nature of the defendants pleas, the Government's sentencing submissions shall be filed two weeks in advance of the date set for sentencing, and the defendants' sentencing submissions shall be filed one week in advance of the date set for sentencing.

SO ORDERED.

Dated: June 30, 2025
       New York, New York

_____
JESSE M. FURMAN
United States District Judge