

Chicago
New York
Washington, DC
London
San Francisco
Los Angeles
Singapore
Dallas
Miami
vedderprice.com

Application GRANTED. The Clerk of Court is directed to terminate Doc. #541.

SO ORDERED.

September 9, 2025

September 9, 2025

Fernando Tamayo
Shareholder
+1 (786) 741 3260
ftamayo@vedderprice.com

**VIA CM/ECF**

Honorable Jesse M. Furman, District Judge
United States District Court, Southern District of New York
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   <u>USA v. Alvaro Lopez, et al.</u>, **USDC, Southern District of New York Case No. 23-cr-133-JMF**

Dear Judge Furman:

    We represent Alvaro Lopez ("Mr. Lopez") in the above-referenced matter. This Letter Motion is made to request Court authorization for limited travel and to request a Court order directing the U.S. Probation Office to release and return Mr. Lopez's passport. Mr. Lopez was sentenced on August 19, 2025, to one year probation and 200 hours of community service. Pursuant to the Pretrial Services' policies and procedures, for Mr. Lopez to obtain his passport back, an order of the Court is required. Additionally, as the Court is aware, Mr. Lopez's travel is currently restricted to the Southern Districts of Florida and New York. However, by way of this Letter Motion, Mr. Lopez requests that the Court authorize Mr. Lopez's travel to Lima, Peru from September 15, 2025 through and including October 5, 2025, in order to attend to his incapacitated sister and her children, all of whom he serves as the legal guardian for in Peru.

    Our office has conferred with both the Government and with the U.S. Probation Office, both of which have no objection to the requested travel, nor to the request for Mr. Lopez's passport. We will provide the Probation Office with Mr. Lopez's travel itinerary, the address of where he will stay in Lima, Peru, and any other trip information that is requested.

                              Respectfully submitted,

                              */s/ Fernando L. Tamayo*

                              Fernando L. Tamayo

FT/mr

600 Brickell Avenue, Suite 1500  |  Miami, Florida 33131  |  T +1 (786) 741 3200  |  F +1 (786) 741 3202

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, Vedder Price Pte. Ltd., which operates in Singapore, and Vedder Price (FL) LLP, which operates in Florida.