

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*New York, New York 10278*

September 9, 2025

**BY ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #542.

SO ORDERED.

September 9, 2025

Re: <u>United States v. Alvaro Lopez</u>, 23 Cr. 133 (JMF)

Dear Judge Furman:

    The parties write jointly to request a two-week adjournment of the deadline to inform the Court as to whether a hearing on the appropriate restitution amount for the defendant is necessary.

    Defendant Alvaro Lopez was sentenced on August 19, 2025. At that sentencing, the Court deferred determination of the appropriate restitution amount because it identified a limited factual dispute in the Government's restitution calculation. That factual dispute was whether a 25% premium was appropriate in the loss calculation because Lopez primarily shipped perishable goods. The Court directed the parties to inform the Court whether that objection to determination of the restitution amount could be resolved without a hearing by today, September 9, 2025.

    The Government has only been able to obtain the relevant information from the victim and transmit it to the defendant today, which does not give the defendant sufficient time to evaluate it and determine whether he wishes to request a hearing. Accordingly, the parties

request a two-week adjournment until September 23, 2025 to inform the Court whether a hearing is necessary.

    Restitution may be determined within 90 days of sentencing. 18 U.S.C. § 3664(d)(5). 90 days from the date of sentencing is November 17, 2025.

                                        Respectfully submitted,

                                        JAY CLAYTON
                                        United States Attorney

                    By:      /s/
                                        Kevin Mead
                                        Qais Ghafary
                                        Danielle Kudla
                                        Assistant United States Attorneys
                                        (212) 637-2211/2534/2304

cc: All Counsel of Record